(82 South. 895)

GREIL v. STATE. (3 Div. 354.) (Court of Appeals of Alabama. June 10, 1919.) Appeal from Circuit Court, Montgomery County; Leon McCord, Judge. Arthur Greil was convicted of grand larceny, and appeals. Affirmed. H. B. Fuller, of Montgomery, for appellant. J. Q. Smith, Atty. Gen., for the State.

SAMFORD, J. There is but one exception reserved to the ruling of the court, and that is so patently without merit that discussion is unnecessary. No brief is filed. We find no error in the record, and the judgment is affirmed. Affirmed.

(85 South. 925)

GRIMES v. STATE. (6 Div. 682.) (Court of Appeals of Alabama. May 12, 1920.) Appeal from Circuit Court, Jefferson County; Wm. E. Fort, Judge. J. Q. Smith, Atty. Gen., for the State.

PER CURIAM. The appeal is dismissed; the appellant having withdrawn same.

(81 South. 893)

GRISSETT v. STATE. (6 Div. 541.) (Court of Appeals of Alabama. Jan. 14, 1919.) Appeal from Circuit Court, Jefferson County; Charles W. Ferguson, Judge. William McKinley Grissett was convicted of murder in the second degree, and he appeals. Affirmed. Emmett S. Thigpen, Atty. Gen., for the State.

BRICKEN, J. The defendant was indicted, tried, and convicted of murder in the second degree, and was sentenced to the penitentiary for a term of 10 years. This appeal is upon the record proper, without a bill of exceptions. The proceedings appear regular in all things and without error. The judgment of conviction is therefore affirmed. Affirmed.

(85 South. 925)

GUSTIN v. NASHVILLE WOODEN WARE CO. (8 Div. 748.) (Court of Appeals of Alabama. April 6, 1920.) Appeal from Circuit Court, Morgan County; O. Kyle, Judge.

MERRITT, J. Affirmed on certificate.

(81 South. 894)

HAMON v. ALABAMA GREAT SOUTHERN R. CO. (6 Div. 531.) (Court of Appeals of Alabama. April 24, 1919.) Appeal from Circuit Court, Jefferson County; J. C. B. Gwin, Judge. A. G. & E. D. Smith. of Birmingham, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

(85 South. 922)

HARBISON WALKER REFRACTORIES CO. v. HATCHER. (6 Div. 741.) (Court of Appeals of Alabama. June 1, 1920.) Appeal from Circuit Court, Jefferson County; Richard V. Evans, Judge. Miller & Graham, of Birmingham, for appellant. H. B. Parrish and F. D. McArthur, both of Birmingham, for appellee.

BRICKEN, P. J. Appeal dismissed by consent at the cost of appellant. See, also, 203 Ala. 588, 84 South. 825.

(85 South. 925)

HEARD v. STATE. (7 Div. 611.) (Court of Appeals of Alabama. Feb. 3, 1920.) Appeal from Circuit Court, Calhoun County; Hugh D. Merrill, Judge. Jemima Heard was convicted of violating the prohibition law, and she appeals. Affirmed. C. H. Young, of Anniston, for appellant. J. Q. Smith, Atty. Gen., for the State.

SAMFORD, J. There is no bill of exceptions. We find no error in the record, and the judgment is affirmed.

(85 South. 925)

HICKSON v. STATE. (6 Div. 632.) (Court of Appeals of Alabama. May 12, 1920.) Appeal from Circuit Court, Jefferson County; F. Loyd Tate, Judge. Jesse James Hickson was convicted of burglary, and he appeals. Affirmed. J. Q. Smith, Atty. Gen., for the State.

SAMFORD, J. The defendant was indicted for the offense of burglary, was convicted, and from the judgment he appeals. There is no bill of exceptions, and we find no error in the record. The judgment is affirmed. Affirmed.

(84 South. 926)

HINES, Director General of Railroads, v. RANKIN. (1 Div. 343.) (Court of Appeals of Alabama. Nov. 18, 1919.) Appeal from Circuit Court, Monroe County; Ben D. Turner, Judge. Hybart, Hare & Ratcliffe, of Monroeville, for appellee.

BRICKEN, P. J. Appeal dismissed.

(85 South. 926)

HODGE v. STANLEY BROS. (7 Div. 610.) (Court of Appeals of Alabama. Jan. 15, 1920.) Appeal from Circuit Court, Calhoun County; H. D. Merrill, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(84 South. 926)

HOLEMAN v. STATE. (6 Div. 613.) (Court of Appeals of Alabama. Dec. 16, 1919.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge. J. Q. Smith, Atty. Gen., for the State.

SAMFORD, J. Appeal dismissed.

(86 South. 926)

HOLLEY v. STATE. (5 Div. 322.) (Court of Appeals of Alabama. June 30, 1920.) Appeal from Circuit Court, Elmore County; W. L. Martin, Judge. Proceeding between Milton Holley and the State. From the judgment, Holley appeals. Affirmed. Smoot & Morrow and Holley & Milner, all of Wetumpka, for appellant. J. Q. Smith, Atty. Gen., for the State.

SAMFORD, J. Affirmed, on the authority of Duff Walker v. State (5 Div. 741) 204 Ala. 474, 85 South. 787.